| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>December 17, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AARON JAMES STOCK,<br><br>　　　　　Defendant. | Case No.  2:20-mj-00191-DB<br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  **AARON JAMES STOCK** ,

Case No.  2:20-mj-00191-DB  Charge 18 USC § 922(a)(6), from custody for the following reasons: for the following reasons:

　　　X　　 Release on Personal Recognizance

　　　＿＿　 Bail Posted in the Sum of $ ＿＿＿＿＿

　　　　　　＿＿　 Unsecured Appearance Bond $ ＿＿＿＿＿

　　　　　　＿＿　 Appearance Bond with 10% Deposit

　　　　　　＿＿　 Appearance Bond with Surety

　　　　　　＿＿　 Corporate Surety Bail Bond

　　　　　　＿＿　 (Other): ＿＿＿＿＿ .

Issued at Sacramento, California on December 17, 2020 at 3:23 p.m.

Dated:  December 17, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE